IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01221-RPM-BNB

CAREY MALONEY,

    Plaintiff,

v.

P.N. FINANCIAL, INC.,

    Defendant.

_____

ORDER FOR ENTRY OF FINAL JUDGMENT
_____

    Pursuant to the Recommendations of the United States Magistrate Judge Boyd N. Boland, filed June 13, 2012, and accepting the findings and conclusion therein, it is

    ORDERED that judgment shall enter for plaintiff Carey Maloney for the recovery of statutory damages from the defendant P.N. Financial, Inc. in the amount of $1,000.00 dollars with statutory costs to be determined.

    DATED: July 19th, 2012

                                BY THE COURT:

                                s/ Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge